JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS QUEEN, | Case No. CV 17-5397-JFW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: September 28, 2017

HONORABLE JOHN F. WALTER
United States District Judge